Argued December 3, affirmed December 3, 1971, petition
for rehearing denied January 4, petition for review
denied February 23, 1972

STATE OF OREGON, *Respondent, v.* JERRY
DICK NILES (No. C-58823), *Appellant.*

490 P2d 1284

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.